**MACLEAN–FOGG CO., et al., Plaintiffs,**

v.

**UNITED STATES, Defendant,**

**and**

**Aluminum Extrusions Fair Trade Committee, Defendant–Intervenor.**

Slip Op. 15–119.

Court No. 11–00209.[1]

United States Court of International Trade.

Oct. 23, 2015.

*JUDGMENT*

DONALD C. POGUE, Senior Judge.

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision

---

1. This case is consolidated with Ct. Nos. 11–00210, 11–00220, and 11–00221. Order, Aug. 23, 2011, ECF No. 26, at ¶ 2.

herein; now therefore, in conformity with said decision, and in accordance with the parties' Joint Status Report, ECF No. 126, it is hereby

ORDERED, ADJUDGED and DE-CREED that *Aluminum Extrusions from the People's Republic of China,* 76 Fed. Reg. 18,521 (Dep't Commerce Apr. 4, 2011) (final affirmative countervailing duty determination), as amended by the Final Second Results of Redetermination Pursuant to Court Remand, ECF Nos. 124–1 (conf. version) & 125–1 (pub. version), is AF-FIRMED; and it is further

ORDERED, ADJUDGED and DE-CREED that that any entries covered by Section 516A(e)(1) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e)(1) (2012), are to be liquidated in accordance with this judgment.